IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TAQUILA MONROE,                                    *

                    Plaintiff,                        *

v.                                                      Case No.   5:21-cv-00089-MTT

                              *

FORT VALLEY STATE UNIVERSITY, et al.,

                              *

               Defendants.

_____       *

## **J U D G M E N T**

      Pursuant to this Court's Order dated November 22, 2021, and for the reasons stated

therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of

Defendants.

      This 22nd day of November, 2021.

                                      David W. Bunt, Clerk


                                      s/ Tydra Miller, Deputy Clerk